**Opinion issued April 7, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————

**NO. 01-13-01080-CR**

———————

**JARED DEMOND PICKETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1315857**

---

## MEMORANDUM OPINION

Appellant, Jared Demond Pickett, without an agreed punishment recommendation from the State, pleaded guilty to the offense of aggravated sexual

assault.[1]  The trial court found appellant guilty and that he had used a deadly weapon, namely, a firearm, in the commission of the offense.  After preparation of a pre-sentence investigation report, the trial court assessed his punishment at confinement for twenty-five years.  Appellant timely filed a notice of appeal.

Appellant's appointed counsel on appeal has filed a motion to withdraw and a brief in which he states that the record presents no reversible error and the appeal is without merit and frivolous.  *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

Counsel's brief meets the requirements of *Anders* by presenting a professional evaluation of the record.  *See id.* at 744, 87 S. Ct. at 1400.  Counsel discusses the evidence adduced at the trial, supplies us with references to the record, and provides us with citation to legal authorities.  *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978).  And counsel indicates that he has thoroughly reviewed the record and is unable to advance any ground of error that warrants reversal.  *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *Mitchell v. State*, 193 S.W.3d 153, 155 (Tex. App.—Houston [1st Dist.] 2006, no pet.).  Counsel has notified this Court that he has delivered copies of his motion to withdraw and brief to appellant and informed him of his right to examine the appellate record and file a

---

[1]    *See* TEX. PENAL CODE ANN. § 22.011 (Vernon 2011), § 22.021(a)(2) (Vernon Supp. 2014).

response. *See In re Schulman*, 252 S.W.3d 403, 408 (Tex. Crim. App. 2008). Appellant has not filed a pro se response.

We have independently reviewed the entire record, and we conclude that no reversible error exists in the record, no arguable grounds for review exist, and the appeal is frivolous. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *Garner v. State*, 300 S.W.3d 763, 767 (Tex. Crim. App. 2009) (explaining frivolousness determined by considering whether "arguable grounds" for review exist); *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (emphasizing reviewing court, and not counsel, determines, after full examination of proceedings, whether appeal wholly frivolous); *Mitchell*, 193 S.W.3d at 155. An appellant may challenge a holding that no arguable ground for appeal exists by filing a petition for discretionary review in the Texas Court of Criminal Appeals. *See Bledsoe*, 178 S.W.3d at 827 & n.6.

We affirm the judgment of the trial court and grant counsel's motion to withdraw.[2] Attorney, Terrence Gaiser, must immediately send the required notice to appellant and file a copy of that notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

**PER CURIAM**

---

[2] Appointed counsel still has a duty to inform appellant of the result of this appeal and that he may, on his own, pursue discretionary review in the Texas Court of Criminal Appeals. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005).

Panel consists of Justices Jennings, Higley, and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).